172

In re Escheat of Moneys Received by and in Possession of L. M. REED, Receiver for COMMERCIAL NATIONAL BANK; Commonwealth of Pennsylvania and Frank Gorman, Escheator, Appellants.
No. 8139.

Circuit Court of Appeals, Third Circuit.
Argued Jan. 22, 1943.

Decided Feb. 19, 1943.

Ralph B. Umsted, of Harrisburg, Pa. (John E. Stevenson, Sp. Dep. Attys. Gen., Claude T. Reno, Atty. Gen., and James H. Duff, of Harrisburg, Pa., on the brief), for the Commonwealth of Pennsylvania, appellant.

W. Albert Sanders, of Philadelphia, Pa., for Escheator, appellant.

Robert T. McCracken, of Philadelphia, Pa. (George G. Chandler, of Philadelphia, Pa., on the brief), for appellee.

Before JONES, Circuit Judge, and WATSON and MEANEY, District Judges.

PER CURIAM.

The orders appealed from are affirmed on the opinion of Judge Moore for the District Court, reported in 45 F.Supp. at page 482.

Althea KOPP, Appellant, v. UNITED STATES of America, Appellee.
No. 12458.

Circuit Court of Appeals, Eighth Circuit.
March 15, 1943.

Walter A. Raymond, of Kansas City, Mo. (Homer A. Cope and A. D. Hadsell, both of Kansas City, Mo., on the brief), for appellant.

Otto Schmid, Asst. U. S. Atty., of Kansas City, Mo. for appellee.

Before STONE, WOODROUGH, and RIDDICK, Circuit Judges.

PER CURIAM.

This is an appeal from judgment of conviction on five counts of an indictment, each of which charged entry of a member bank of the Federal Reserve System with intent to commit a felony. The felony alleged was cashing of a forged check which, the indictment charged, was a felony under Sections 4571 and 4572 of the Revised Statutes of Missouri, 1939, Mo.R.S.A. §§ 4571, 4572.

This case is ruled by Jerome v. United States of America, 63 S.Ct. 483, 87 L. Ed. ——, decided February 1, 1943. Accordingly, the judgment is reversed and the cause remanded with directions to set aside the judgment, to dismiss the indictment, and to order discharge of appellant from custody.

Joseph P. TUCKER, Trading as Bernard Tucker Sons, and Maryland Casualty Company, Appellants, v. Augustus P. NORTON, Deputy Com'r of U. S. Employees Compensation Commission.
No. 8222.

Circuit Court of Appeals, Third Circuit.
Argued March 2, 1943.
Decided March 10, 1943.

Louis Wagner, of Philadelphia, Pa. (Thomas J. Clary and Richard A. Smith, both of Philadelphia, Pa., on the brief), for appellants.

J. Barton Rettew, Jr., of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the district court denying the plaintiff's motion for an interlocutory injunction to stay the enforcement of the compensation award made by the defendant is affirmed for the reasons stated in the opinion of Judge Kalodner, 47 F.Supp. 762.